# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

NATIONAL COLLISION                                    NO.  2020 CW 1176
TECHNOLOGIES, INC.

VERSUS

DONNA GRODNER AND GRODNER &                           **JANUARY 19, 2021**
ASSOCIATES

---

In Re:      Donna Grodner and Grodner & Associates, applying for
            supervisory writs, 19th Judicial District Court,
            Parish of East Baton Rouge, No. 639862.

---

**BEFORE:     McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

    **WRIT DENIED.**

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT